**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**THOMAS EUELL CAIN, JR**
_______________________________/

**INFORMATION**
**CASE NO. 3:26-mj-274/HTC**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

On or about April 25, 2026, in the Northern District of Florida, the defendant,

**THOMAS EUELL CAIN, JR,**

did knowingly and with wanton disregard for the consequences of his act take a bald eagle, in violation of Title 16, United States Code, Section 668.

**CRIMINAL FORFEITURE**

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference. Because the defendant,

**THOMAS EUELL CAIN, JR,**

knowingly committed the violation set forth in Count One of this Information, any and all interest that this defendant has in the firearm involved in this violation is vested in

the United States and hereby forfeited to the United States pursuant to Title 16, United States Code, Section 668b(b), and the procedures set forth at Title 21, United States Code Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

______________________________(for)   08/04/2026
JOHN P. HEEKIN   DATE
United States Attorney